3/11/19 MJ

FILED
MAR 15 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge Rebecca Pallmeyer

I, Andre Lawrence am writing you in regards to my latest Petition for relief under the First Step Act, now I have been informed by my attorney that the government doesn't think I should be granted any relief on the grounds that they believe my drug amount is 4.5 kilograms, and as such would not change the statue, to this claim I strongly disagree and I do believe my position is supported by law, as I trust my attorney will present in the motion she is filing on my behalf, but in the event it's an oversight on her part I pray this court will consider these issue upon review of my case.

1 The government never established a timetable as to when I entered the conspiracy, having not done this they lack the bases to determine how long I was in the conspiracy to conclude what specific drug amount I should be held accountable for.

2 The government was never able to establish my role in the conspiracy, though co-operating witnesses gave vague testimony of a one time accurance of me bagging up, the government would later concede that I was one of those average people, being one of those average people doesn't solidify my role in the conspiracy.

3 The government in their filing of the 851 enhancement against me, used a prior expungable felony of simple-possesion, to which as I now come to under it, isn't an aggravating factor which could be used to invoke the 851 enhancement, though I understand I'm

not able to raise this issue, I wanted to bring it courts attention.

With all due respects your honor, I do not come to you this day to argue or claim guilt or innocence, but to only ask that you try to see the man that now comes to you in the form of written words.

My journey here began some 17 years ago, and oddly enough I was under a lot of pressure, trying to be a good son, a good father, and a good friend was my full time occupation, and by this time I had fathered 7 biological children, and 2 inheirited through relationships, Andre Jr, Larry, Ariale, Antonisha, Milton, Andreana, Narquise (Ariana, Kassondra), and there wasn't a day that went by that my back didn't feel pressed up against the wall, for so much of my life was filled with constant scrambling, trying to meet the needs of those that I love, this constant on the go activity eventually took it's toll, and I had a mild stroke, it was at this point I realized I couldn't do it all, and I needed things to change in my life before my health took a serious turn for the worst, it seems just as one finds clarity, that something else happens, and my change happened in the form of a conspiracy charge, now initially I was a lil afraid of the unknown, in regards to what was about to happen and how was this going effect my family, see I heard a lot about how the government operates but never experienced it first hand, and the only solitude I could find while going through this whole ordeal was in my moments of prayer, funny thing is, I know most people pray for God to remove their stumbling blocks, or not allow certain situations

to take place, found myself praying only for the strength to endure what I must endure, and allow me to one day walk out just as I walked in, strangely this journey has not been a bad one, I hate admitting this fact, but the truth is what it is, since my time away I've used the time to better me, by first studying and mastering me, to which I am still doing, but I am in a better place, for lack of better words, I would say I am content with a reassuring resolve concerning matters of the now, and those to come, I don't know if I got off track with my point, but I do hope my point was made, though the desire to be home burns fiercely within me, I am subjected to the authority of others concerning the matter, and I will only continue to believe favor will be found for me in the eyes of those in power.

Most Sincerely

Andre Lawrence

(Late Entry)

The government made this same claim in 2015, and this court ruled in my favor.

Mr. Andre Lawrence
Federal Prison Camp
P.O. box 33
Terre Haute IN, 47808

⇔20739-424⇔
Hon Judge Rebbeca Pallmayer
219 S Dearborn ST
Chicago, IL 60604
United States


03/15/2019-22