IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 02 CR 200-22 |
| Andre Lawrence, | ) ) | Judge Rebecca R. Pallmeyer |
| Defendant. | ) ) ) | |

### ORDER

Motion hearing held on 5/10/2019. Defendant's motion for relief under the First Step Act [1865] is granted. Defendant's term of Supervised Release is reduced from ten to eight years as to Count One. Defendant's terms of supervised release are further modified to require residence at a BOP residential reentry center for the first 120 days of Defendant's term of supervised release. All of the other terms and conditions of the previous judgment remain unchanged. Motions for reconsideration and to amend/correct [1855, 1862] are stricken as moot.

ENTER:

Dated: May 10, 2019

_____
REBECCA R. PALLMEYER
United States District Judge

(T:00:03)