IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | 02 CR 200-22 |
| v. | ) | |
| | ) | Judge Rebecca Pallmeyer |
| ANDRE LAWRENCE | ) | |

## ORDER

Defendant Andrew Lawrence has moved for a reduction in his sentence pursuant to Section 404 of the First Step Act in case number 02 CR 200-22, requesting the combined sentence on Counts One and Thirty-Nine of 300 months' imprisonment being reduced to a sentence of time served. Lawrence seeks an order directing his immediate release, pursuant to the First Step Act. (First Step Act of 2018, P.L. 115-391, S. 404, 132 Stat. 5194). The court having reviewed the record and the parties' memoranda of law, IT IS HEREBY ORDERED:

Defendant's Amended Motion For Reduced Sentence Under Section 404 of the First Step Act in case number 02 CR 200-22 is GRANTED. Defendant's sentence of 240 months' imprisonment as to Count One is reduced to time served, pursuant to the First Step Act. (First Step Act of 2018, P.L. 115-391, S. 404, 132 Stat. 5194). The court further finds that the reduction in the sentence as to Count One results in the consecutive 60 month sentence of imprisonment on Count Thirty-Nine as also having been served. Therefore, the court orders Defendant's immediate release.

IT IS FURTHER ORDERED: Defendant's term of supervised release is reduced to a term of 8 years as to Count One. Defendant's terms of supervised release are further modified to require residence at a BOP residential reentry center for the first 120 days of Defendant's term of supervised release. All of the other terms and conditions of the previous judgment remain unchanged.

ENTER:

*[signature: Rebecca R. Pallmeyer]*

---
REBECCA R. PALLMEYER
United States District Judge

Date: May 10, 2019